UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY CASTERLOW-BEY,

                Plaintiff,

v.

NATIONAL PARK SERVICE, et al.,

                Defendants.

No. 3:17-CV-05711-RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's § 1983 action is dismissed for failure to state a claim on which relief can be granted.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 30th day of October, 2017.

                                          Ronald B. Leighton
                                          United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1